**Bradley ROBERTS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 76762.

Missouri Court of Appeals, Western District.

Sept. 30, 2014.

Ellen H. Flottman, Appellate District Defender, Columbia, MO, for appellant.

Chris Koster, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, for respondent.

Before Division I: MARK D. PFEIFFER, Presiding Judge, and LISA WHITE HARDWICK and KAREN KING MITCHELL, Judges.

**Order**

PER CURIAM:

Bradley W. Roberts appeals from the Judgment of the Circuit Court of Lafayette County, Missouri, denying his Rule 24.035 motion for post-conviction relief. Because a published opinion would have no precedential value, a memorandum of law

has been provided to the parties. The judgment is affirmed. Rule 84.16(b).